**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 03 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff-Appellee,<br><br>v.<br><br>STEVEN ZINNEL,<br><br>  Defendant-Appellant. | No. 19-10159<br><br>D.C. No. 2:11-cr-00234-TLN-1<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion to proceed in forma pauperis (Docket Entry No. 5) is granted. The Clerk shall amend the docket to reflect this status.

Appellant's motion for appointment of counsel (Docket Entry No. 6) is granted. Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for the Eastern District of California, who will locate appointed counsel. The appointing authority shall send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

Counsel shall designate the reporter's transcript by July 1, 2019. The transcript is due July 31, 2019. The opening brief and excerpts of record are due

September 9, 2019; the answering brief is due October 9, 2019; and the optional reply brief is due within 21 days after service of the answering brief.

Appellant's motion for appointment of hybrid counsel, contained within the notice of appeal, (Docket Entry Nos. 2 & 3) is denied. Appellant is informed that this court does not appoint hybrid or standby counsel.

Appellant's Registration Number is: 66138-097, and his housing status is "not in BOP custody." Within 14 days after the date of this order, Assistant United States Attorney Matthew D. Segal shall serve this order on appellant and provide this court with proof of service, including appellant's current address.